United States District Court
District of Maryland
(Northern Division)

August 8, 2016

To: Judge Bennett
   U.S. Courthouse-Chambers 5D

From: Mr. Miguel D. Tidwell-Plaintiff/Pro Se
   (410) 300-9846

Re: Tidwell v IMPAQ International LLC

Civil Action No. RDB-16-0421

Dispositive Pretrial Motion

Dear Judge Bennett:

I Miguel D. Tidwell am requesting a Motion for Summary
Judgement based on the following:

1. Exhibit 1 which identifies me as a person with limitations, which the
   Defendant IMPAQ admits to in response to my Complaint. Even if the
   Sign was on the back of my Chair at my workstation for 5 minutes that
   is too long because it makes a spectacle out of me. Just as if I get on a
   Public Bus and I show the Bus Driver my Disability ID, and he shouts out
   "Your Disabled" because my disability is non visual, and



then the Bus
Driver or the Company that the Bus Driver works for says well the people
in the back of the Bus didn't hear him say that, well that doesn't matter
there were people on the Bus that did. That Bus Driver has identified me
as a Disabled Individual Publicly, and that is against the Law what I was
subjected to is no different, and that Sign was on the back of my Chair at
my workstation for over 7 months.

2. Exhibit 2 which is a Sign on the back of a co-workers Chair at her work
station which simply implies this Chair is reserved for and gives her name.
that is a huge distinction.

3. Exhibits 3 through 5

4. Exhibits A through K

5. The above mentioned Exhibits supports and compellingly substantiates
my Complaint and IMPAQ International needs to be sanctioned. IMPAQ
International shows no remorse for what they did to me.

6. I am seeking the following relief to make me whole or whatever the Court
offers.
A. Compensatory Damages: $75,000 to make me whole due to Discrimina
tion and identifying me as a Disabled person , and subjecting me to

    Mental Anguish, and Abuse which is considered grief and humiliation.

    B. Back Pay: $38,000 for money I would have been able to earn had I not
      been forced to resign.

    C. Punitive Damages: $50,000 for attempting to cover up the
      circumstances that led to the Complaint and violating the ADA Act
      of 1990 and the Americans with Disabilities Act Amendments Act
      ("ADAAA") of 2008.

    Your kindest consideration in the decision you make will be greatly
      appreciated.

Sincerely,
Mr. Miguel D. Tidwell
*Mr. Miguel D. Tidwell*
5349 Columbia Rd. Apt J
Columbia, Md. 21044
Ph# (410) 300-9846

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Miguel D. Tidwell
Plaintiff-Pro Se

vs.                               *       Case No. RDB-16-0421

Impaq International LLC
Defendant

******

CERTIFICATE OF SERVICE

I hereby certify that on August 8th, 2016, a copy of Dispositive Pretrial Motion - Summary Judgement which was electronically filed in this case on August 8th, 2016, was mailed via first class mail, postage prepaid, to Mr. Charles Bacharach / Impaq International LLC - 233 East Redwood Street Balt., Md. 21202

Mr. Miguel D. Tidwell - Pro Se

Miguel D. Tidwell - Pro Se
Printed Name                    Bar Number

5349 Columbia Rd #J
Address

Columbia, Md. 21044
City/State/Zip

410-300-9846
Phone No.                        Fax No.