## LIST OF EXHIBITS

1. Affidavit of Pam Crabill
2. Deposition of Miguel Tidwell
3. Interviewer Performance Review – Miguel Tidwell - 10/30/2008
4. 2010 Mid-Year Interviewer Performance Review – Miguel Tidwell – 3/25/2010
5. 2011 Mid-Year Interviewer Performance Review – Miguel Tidwell – 5/3/2011
6. 2012 Interviewer Performance Review Form – Miguel Tidwell – 10/11/2012
7. Performance Improvement Plan – Miguel Tidwell – 3/22/2012
8. Performance Improvement Plan – Miguel Tidwell – 11/12/2013
9. Affidavit of Antoni Boston
10. Individual Therapy Note – Denise Katz – 10/17/2009
11. Deposition of Denise Katz
12. Letter from Denise Katz to IMPAQ/Human Resources dated 11/7/2013
13. Letter from Denise Katz to IMPAQ/Human Resources undated
14. Letter from Shamona Anifantis to Miguel Tidwell dated 7/14/2014
15. Letter from Miguel Tidwell to Shamona Anifantis dated 7/17/2014
16. Letter from Denise Katz to Shamon Anifantis dated 7/25/2014
17. Letter from Shamona Anifantis to Miguel Tidwell dated 8/8/2014
18. Break Overage Notice to Miguel Tidwell dated 6/11/2014
19. 2nd Break Overage Notice to Miguel Tidwell dated 7/8/2014
20. Charge of Discrimination filed by Miguel Tidwell 7/25/2014
21. Written Finding of Howard County Office of Human Rights dated 5/13/2015
22. Memorandum to Miguel Tidwell from Stephanie Naber dated 10/27/2014
23. Affidavit of Shamona Anifantis