

HAND DELIVERED

July 14, 2014

Mr. Miguel Tidwell
5349 Columbia Rd. Apt J
Columbia, MD  21044

Dear Miguel:

You have provided documentation from your healthcare provider, Denise Katz, LCSW, indicating that you are under the care of Sheppard Pratt for mental health problems. The letter dated November 7, 2013 indicates that you believe that you "may encounter difficulties in obtaining higher levels of expectations at work." It is unclear whether you have a disability, as that term is defined in the Americans with Disabilities Act and, if so, whether you are seeking a reasonable accommodation for your condition.

IMPAQ must have information sufficient to allow it to understand your condition and if there is any reasonable accommodation it can provide. In particular, IMPAQ needs to know: (1) the type of impairment you presently have; (2) how the impairment limits a major life activity (like sitting, standing, performing manual tasks, working, sleeping, etc.); (3) what functions of your job will be affected by your impairment, and; (4) if there is an accommodation that would enable you to perform the essential functions of your job.

Please ask your health care provider to provide IMPAQ with sufficient information to address items 1-4. You can have the health care provider send the information directly to me by e-mail, or by mail in an envelope marked "CONFIDENTIAL." Please provide your health care provider with the enclosed copy of your job description listing its essential functions for his/her reference. Also, please give your health care provider the enclosed notice under the Genetic Information Non-discrimination Act. After we receive your health care provider's information, we may seek authorization from you to communicate directly with your health care provider and/or refer you to another provider for assessment at our expense.

Please provide me with the requested information no later than July 28, 2014.

Thank you for your cooperation.

Sincerely,

*Shamona [signature]*

Shamona Anifantis, PHR
HR Generalist
Human Capital

**EXHIBIT**
TIDWELL
10
6-21-16

1101 Vermont Avenue, NW, 11th Floor
Washington, DC 20005 USA
TEL +1 (202) 289-0004   FAX +1 (202) 289-0024

10420 Little Patuxent Parkway, Suite 300
Columbia, MD 21044 USA
TEL +1 (443) 367-0088   FAX +1 (443) 367-0477

440 Grand Avenue, Suite 500
Oakland, CA 94610 USA
TEL +1 (510) 465-7884   FAX +1 (510) 465-7885

NET www.impaqint.com

Notice Concerning the Genetic Information Non-Discrimination Act (GINA)

GINA prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of employees or their family members. In order to comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.