July 17, 2014

To: Shamona Anifantis/HR Generalist-IMPAQ

    Mr. Tidwell has been an employee at IMPAQ for 8yrs now, and has been working with his disabilities without any problems performing his essential duties until the increase of speed became a factor in certain areas such as Records per hour, and Tracing. After meeting with the Manager Stephanie Nabor and his Supervisor Leonor Ortiz a reasonable accomodation was put in place where it was decided that Mr. Tidwell would be required to achieve 7 Records per hour, and Tracing would be eliminated, but for some unknown reason the Assistant Manager Tony Boston decided to eliminate the accomodation provided that worked well for Mr. Tidwell.

1.    The type of disability Mr. Tidwell has is a mental disability that may not be visible to observers.

2.    Mr. Tidwell's disability limits him from processing information at a fast pace, he is not able to sit for long periods of time, and may require fluids at times for "dry mouth" which is a side effect of the medication he takes. He can perform manual tasks, but at a slower rate. He is distracted at times by the behavior of others nearby.

3.    The only functions of his job that seem to be affected is his Records per hour, and Tracing, which an accomodation was made by the Manager-Stephanie Nabor that worked well for him.

4.    The essential functions of Mr. Tidwell's job has been achieved by the accomodation the Manager-Stephanie Nabor put in place.

Mr. Miguel Tidwell *(signature)*



EXHIBIT
TIDWELL
21
6-21-16