


EXHIBIT
TIDWELL
25
6-21-16

August 8, 2014

Mr. Miguel Tidwell
5349 Columbia Road Apt. J
Columbia, MD  21044

Dear Miguel:

We have reviewed the request for accommodation sent by Denise Katz, LCSW on July 25, 2014. Ms. Katz states that you have an impairment that limits your ability to concentrate and requires you to take breaks. IMPAQ, of course, has been and continues to be willing to work with you to find a reasonable accommodation for your impairment and to help you successfully perform your job responsibilities. With regards to the particular issues Ms. Katz identifies, we would like to address them as follows:

- *Breaks to get up once every 3-4 hours.* We believe your current schedule already permits you to take breaks at least once every 3-4 hours, in additional to a ½ hour lunch break. If this is not the case, please let me know and I will address the situation.

- *Breaks for the intake of fluids.* You may, of course, keep fluids at your work station and drink whenever you feel the need. I do not believe this has ever been an issue, however if it has, please let me know.

- *Elimination of Tracing.* Although tracing is a task performed by almost all Survey Center interviewers, it was eliminated from your duties in September 2013, so that you could concentrate more on conducting phone interviews.

- *Reduce ambient noise.* As you know, you work in a call center and, because you are a lead interviewer, you must be near the other interviewers to train/assist new employees when necessary. Placing you in a different physical location is not practical. If discussions among interviewers becomes potentially disruptive to others, the supervisory staff tries to intervene and limit discussion, but some level of discussion among interviewers is necessary and to be expected. Please consult with your health care providers to determine what type of noise reduction device, *e.g.*, an ear plug, might be employed to help you concentrate better.

- *Reducing workload to 7 records per hour.* As you know, you are a lead interviewer at IMPAQ's call center. The primary essential function of your job is to conduct telephone interviews for research studies and to record the responses. During May, June and July 2014 the average number of records per hour conducted by each interviewer was 13.31, 14.32 and 14.92, respectively. By contrast, your average over the same period was approximately half the average rate for the rest of the interviewers, 6.59, 7.13 and 6.70 records per hour. A significant reason the tracing function was eliminated from your duties was so that you could focus on performing interviews. IMPAQ cannot agree to eliminate a significant task, such as tracing and, in addition, allow you to perform only half the interviewing work performed by other similarly situated interviewers. An average rate of 7 records per hour is too low given IMPAQ's business requirements, therefore this is not a reasonable request. We believe an average rate of 10 records per hour is reasonable.

1101 Vermont Avenue, NW, 11th Floor
Washington, DC 20005 USA
TEL +1 (202) 289-0004   FAX +1 (202) 289-0024

10420 Little Patuxent Parkway, Suite 300
Columbia, MD 21044 USA
TEL +1 (443) 367-0088   FAX +1 (443) 367-0477

440 Grand Avenue, Suite 500
Oakland, CA 94610 USA
TEL +1 (510) 465-7884   FAX +1 (510) 465-7885

NET www.impaqint.com

If there are other changes IMPAQ can make to allow you to perform the essential functions of your job, please let me know. In particular, if you need leave from work to seek treatment so that you can return and perform the essential functions of your job, IMPAQ is willing to allow such leave.

I hope the above adequately addresses your concerns. Of course, if you have any questions, please feel free to contact me.

Sincerely,

Shamona Anifantis, PHR
HR Generalist

