# Memorandum

To:       Miguel Tidwell
From:   Stephanie Naber
CC:      Human Resources
Date:    10/27/2014
Re:       Unplanned Absences and Paid Time Off



---

Dear Miguel:

I am writing to follow up on our recent discussion regarding your requests for Paid Time Off. As mentioned in the IMPAQ Survey Center Attendance Policy:

> "All requests for accrued Paid Time Off (PTO) must be submitted electronically through DELTEK by 7 p.m. the preceding Thursday and at least 3 business days prior to the requested time off."

I have noticed a pattern over the past few months of your requesting Paid Time Off the day of or the day before the requested time off. Last week, on October 22, you requested a full day off on October 23. On October 14, 2014, you submitted requests for Paid Time Off for October 15 and October 16. On October 2 and on October 6 you requested time off for the same day. This pattern extends back to at least July, 2014. While these requests were approved, please note that per the Survey Center Attendance Policy and Survey Center New Hire Orientation Manual, these absences will be considered uplanned/unexcused and will count against attendance calculations.

We recognize that urgent family matters may at times require unplanned absences, however we ask that you work to schedule these absences in advance whenever possible to minimize unnecessary disruption to Survey Center operations.

In addition, in order for you to be eligible for Paid Time Off, we may require additional information regarding the unplanned/unexcused absences. This information may include the family member affected, and if the reason for your absence is for the medical treatment of a family member, that you provide evidence of treatment by the provider.

The evidence of treatment must include the doctor's contact information, confirmation that the family member is under the doctor's care, the date(s) of the absence and the doctor's signature.

Please let me or Human Resources know if you have any questions regarding the attendance policy, Paid Time Off or the expectations communicated in this memo.

Thank you.

*ADMINISTERED 5:45 PM 10/28/14*