IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MIGUEL TIDWELL | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:16-cv-00421-RDB |
| IMPAQ INTERNATIONAL, LLC | * | |
| Defendant. | | |

* * * * * * * * * * * * * * * * * * * * * *

### AFFIDAVIT OF SHAMONA ANIFANTIS

I am over eighteen (18) years of age and competent to testify, on personal knowledge, as to the matters set forth herein:

1. I am employed by IMPAQ International, LLC ("IMPAQ") as an HR Business Partner.

2. IMPAQ placed a sign on Mr. Tidwell's chair so that other interviewers would not use the chair. The sign stated that the chair was reserved for Mr. Tidwell for ergonomic reasons.

3. IMPAQ was not aware that Mr. Tidwell did not like the sign until IMPAQ received the Charge of Discrimination filed by Mr. Tidwell in July 2014.

4. I met with Mr. Tidwell soon after the Charge was received. At his request, the sign was changed to read "Reserved for Miguel Tidwell."

/Shamona Anifantis

Dated: August 22, 2016